## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY PATTERSON formerly known as TAMMY P. BOYCE <br> PLAINTIFF <br><br> VS. <br><br> EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, L.P., AND VITAL RECOVERY SERVICES, INC. <br> DEFENDANTS | CIVIL ACTION NO. 08-439-FJP-DLD |

### ORDER

THE FOREGOING MOTION CONSIDERED, it is hereby ordered that plaintiff Tammy Patterson's claims against defendant Experian Information Solutions, Inc., are dismissed with prejudice.

Baton Rouge, Louisiana, May 12, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA